**Richard P. COOK, Shirley A. Cook, Deborah Cantrup, Kelly Armstrong and Copar Pumice Company, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2009–5073.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Joseph E. Manges, Comeau, Maldegen, Templeman & Indall, LLP, of Santa Fe, NM, argued for plaintiffs-appellants.

Matthew H. Solomson, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director.

Before MAYER, CLEVENGER, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.